# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2020

## NO. 03-20-00021-CV

**E. A. A., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order terminating parental rights signed by the trial court on December 17, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order terminating parental rights. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.